

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2019

No. 04-19-00590-CR

Derwin Ray **ROBINSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1021
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The reporter's record was originally due October 4, 2019, and the court reporter filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing. On October 23, 2019, we ordered appellant to provide written proof to this court by November 4, 2019 that appellant has requested the court reporter to prepare the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1). At this time, we have not received a response.

We therefore **ORDER** appellant to provide written proof to this court **by December 19, 2019** that he has requested the court reporter to prepare the record. The reporter's record must be filed no later than thirty days. If appellant fails to respond within the time provided, appellant's brief will be due **January 21, 2019**, and we will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court